UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-00366-RLY-DML |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| | ) | |
| Defendant. | ) | |

Order Adopting Report and Recommendation

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's

Complaint for Judicial Review. The parties were afforded due opportunity pursuant to

statute and the rules of this Court to file objections; none were filed. The Court, having

considered the Magistrate Judge's Report and Recommendation, hereby ADOPTS the

Magistrate Judge's Report and Recommendation.

SO ORDERED this 3rd day of January 2018.


RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system